**Motion Granted; Memorandum Opinion issued October 31, 2013, Withdrawn, Judgment Vacated, Appeal Reinstated, and Order filed November 26, 2013.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-13-00559-CR

————————

**JUAN QUINTERO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1368190**

# ORDER

Appellant entered a guilty plea to aggravated sexual assault of a child. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on June 4, 2013, to confinement for six years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed

a timely notice of appeal. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Because the record supported the trial court's certification, by opinion and judgment issued October 31, 2013, we dismissed the appeal. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

On November 4, 2013, appellant filed a motion for rehearing stating that when his motion for new trial was denied, the trial court granted permission to appeal. A supplemental clerk's record containing a new certification stating that the trial court gave permission to appeal was filed on November 6, 2013. *See* Tex. R. App. P. 25.2(f) (permitting the filing of an amended certification of the defendant's right of appeal).

A response to the motion for rehearing was requested. *See* Tex. R. App. P. 49.2. The State filed its response on November 15, 2013. The State agrees that the trial court granted permission to appeal the denial of appellant's motion for new trial and the appeal should be reinstated.

Accordingly, we **GRANT** appellant's motion for rehearing and **ORDER** our memorandum opinion issued October 31, 2013, **WITHDRAWN,** and our judgment of that date **VACATED.** We **ORDER** the appeal **REINSTATED.** Appellant's brief shall be due on or before **December 27, 2013,** subject to any extension of time that may be granted.

PER CURIAM